ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
MONICA BAEZ o/b/o               :
MAURICIO BAEZ, II,              :
                                :
              Plaintiff,        :
                                :
        - v. -                  :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   08 Civ. 5337 (DLC)
Commissioner of                 :
Social Security,                :
                                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from August 12, 2008 to and including October 14, 2008.  The reason for the request is

that the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       July 14, 2008

                          PARTNERSHIP FOR CHILDREN'S RIGHTS
                          Attorneys for Plaintiff

By: _____
    MICHAEL D. HAMPDEN, ESQ.
    271 Madison Avenue, 17th Floor
    New York, New York 10016
    Telephone No.: (212) 683-7999

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
    JOHN E. GURA, JR.
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York 10007
    Telephone No.: (212) 637-2712
    John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

July 23, 2008